NUMBER 13-00-528-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


CLYDE LAVOY SIMMS
, Appellant,


v.



AMANDA LOUIS LIGGINS SIMMS
, Appellee.

____________________________________________________________________


On appeal from the 377th District Court


of Victoria County, Texas.


____________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, CLYDE LAVOY SIMMS, perfected an appeal from a
judgment entered by the 377th District Court of Victoria County,
Texas, in cause number 00-2-54,464-D. The clerk's record was due on
August 22, 2000. On August 21, 2000, the district clerk notified this
Court that the clerk's record had not been filed because appellant had
failed to pay or make arrangements to pay the clerk's fee for preparing
the clerk's record. On August 25, 2000, notice was given to appellant,
pursuant to Tex. R. App. P. 37.3(b), that, unless this defect was cured,
the appeal would be dismissed for want of prosecution. To date,
neither the clerk's record nor a response to this Court's notice has been
received.

 The Court, having examined and fully considered the documents
on file, appellant's failure to pay or make arrangements to pay the
clerk's fee for preparing the clerk's record, and appellant's failure to
respond to the Court's notice, is of the opinion that the appeal should
be dismissed for want of prosecution. The appeal is hereby DISMISSED
FOR WANT OF PROSECUTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 2nd day of November, 2000